UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARQUIS FLETCHER,

        Plaintiff,

v.

BANK OF AMERICA, N.A.,

        Defendant.

Case No. 13-13814
District Judge Gershwin A. Drain
Magistrate Judge Mark A. Randon

_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

    This matter having come before the Court on the stipulation of the parties and the Court being fully advised:

    IT IS ORDERED, that pursuant to the settlement agreement executed by the parties, the Court enters this stipulated order of dismissal with prejudice. The parties shall bear their own costs and fees.

    This order resolves the last pending claim and closes this case.

Dated: December 9, 2013        /s/Gershwin A Drain
                                              Hon. Gershwin A. Drain

We stipulate to entry of the foregoing order:

| | |
|---|---|
| FPM LEGAL DEFENSE | MADDIN, HAUSER WARTELL, ROTH & HELLER |
| By: /s/ Renette Jackson (with consent) | By: /s/ Dawn T. Yeaton_____ |
| Renette Jackson (P69002) | Martin S. Frenkel (P49283) |
| *Attorneys for Plaintiff* | Dawn T. Yeaton (P73486) |
| 400 Monroe Street, Suite 410 | *Attorneys for Defendant Bank of America, NA* |
| Detroit, Michigan 48226 | 28400 Northwestern Highway, Third Floor |
| (313) 633-7860 | Southfield, MI  48034 |
| | (248) 354-4030 |
| | mfrenkel@maddinhauser.com |
| | dyeaton@maddinhauser.com |

Dated:  December 6, 2013